## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kim William Rowe, | Civil No. 11-1966 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Tammie Joan Vargason, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: July 20, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge