## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kim William Rowe,                         Civil No. 11-1966 (RHK/LIB)

         Plaintiff,              **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

vs.

Tamme Joan Vargason,

         Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 25, 2011

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge