UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kim William Rowe,

    Petitioner,                                 **ORDER**

v.                                                   Civil No. 11-1966

Tammie Joan Vargason,

    Respondent.
_____

    Mary E. Seaworth, Counsel for Petitioner.

    Becky R. Thorson, Shira Shapiro and Seth A. Northrup, Robins, Kaplan, Miller & Ciresi L.L.P., Counsel for Respondent.
_____

    Pursuant to the Memorandum Opinion and Order dated September 28, 2011 [Doc. No. 36] this Court granted the Petition for Return of Child, contingent on Petitioner providing to the Court, within thirty days, satisfactory documentation that custody proceedings had been commenced in Australia.  On October 10, 2011, Petitioner filed a Notice of Custody Proceedings Initiated in Australia. [Doc. No. 37]  Attached to the Notice are the pleadings that were file-stamped by the Family Court of Western Australia, 150 Terrace Road, Perth, Australia on October 5, 2011.   Pursuant to said Notice and the attached

pleadings, it appears a hearing is scheduled in the Family Court of Western Australia on October 12, 2011 at 10:00 a.m.

Further, in the Memorandum Opinion and Order, the Court encouraged the parties to mutually agree on the travel arrangements concerning TJR's return to Australia.  Accordingly,

IT IS HEREBY ORDERED that this matter shall be set for hearing on October 20, 2011, at 9:00 a.m., Courtroom 15E, United States Courthouse, Minneapolis, Minnesota.  At this hearing, the parties shall report to the Court whether mutually agreeable travel arrangements have been made, or in the alternative, to provide proposals for TJR's return.  In addition, Petitioner shall provide court-certified documentation as to the Family Court proceedings held on October 12, 2011, in Perth, Western Australia.

Date:    October 11, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court