UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kim William Rowe,

    Petitioner,

v.

Tammie Joan Vargason,

    Respondent.

**ORDER**
Civil No. 11-1966

_____

    Mary E. Seaworth, Counsel for Petitioner.

    Becky R. Thorson, Shira Shapiro, Laura E. Nelson and Seth A. Northrup, Robins, Kaplan, Miller & Ciresi L.L.P., Counsel for Respondent.

_____

    By Order of this Court dated August 2, 2011, Respondent was ordered to turn over her and TJR's passports to the Clerk of Court, United States Courthouse, 118 South Mill Street, Fergus Falls, Minnesota. [Doc. No. 8]  The Clerk's Office entered a docket entry confirming that the passports had been turned over to the Court. [Doc. Nos. 9 and 10]

    The Court has since issued its decision, granting the Petition for the Return of the Child.  The Child has since been returned to Australia, and this matter now closed.  Accordingly,

IT IS HEREBY ORDERED that the Clerk's Office may release the passport of Respondent, Tammie Joan Vargason effective immediately.

Date: January 12, 2012

                                                       s/ Michael J. Davis
                                                      Michael J. Davis
                                                      Chief Judge
                                                      United States District Court